IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-02249-RM-KLM

FELECTIA A. JOHNSON, individually and as Special Administrator of the ESTATE OF DONALD WAYNE LEE,

    Plaintiffs,

v.

SERGIO FLORES, and
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants.

## ORDER GRANTING
## STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE (ECF NO. 47)

This matter is before the Court on the parties' Stipulated Motion for Dismissal Without Prejudice ("Motion") (ECF No 47) filed pursuant to Fed.R.Civ.P. 41(a)(2). After considering the Motion and being otherwise fully advised in the premises, it is

ORDERED that the remaining claims of Felectia A. Johnson, both individually and as Special Administrator of the Estate of Donald Wayne Lee, are dismissed without prejudice, with each party responsible for its/her own attorney fees and costs.

DATED this 20th day of August, 2013.

                              BY THE COURT:

                              RAYMOND P. MOORE
                              United States District Judge